UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARL E. McDONALD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-2237 CAS |
| ) | |
| MISSOURI SEXUAL OFFENDER ) | |
| TREATMENT CENTER, MISSOURI ) | |
| DEPARTMENT OF MENTAL HEALTH, ) | |
| DIVISION OF COMPREHENSIVE ) | |
| PSYCHIATRIC SERVICES, ) | |
| SOUTHEAST MISSOURI MENTAL ) | |
| HEALTH CENTER, ALAN BLAKE, ) | |
| ELIZABETH M. SHINE, KAREN ) | |
| ADAMS, DIANE MCFARLAND, ) | |
| DORN SCHUFFMAN, JEREMIAH ) | |
| "JAY" NIXON, AND GOVERNOR ) | |
| MATT BLUNT, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**. See Rule 41(a)(1), Fed. R. Civ. P.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __30th__ day of March, 2006.